

1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | LEON W. WEIDMAN
Assistant United States Attorney
3 | Chief, Civil Division
RUSSELL W. CHITTENDEN
4 | Assistant U.S. Attorney
California Bar No. 112613
5 | TIM L. LASKE
Assistant U.S. Attorney
6 | California Bar No. 223395
    Room 7516 Federal Building
7 |     300 North Los Angeles Street
    Los Angeles, California 90012
8 |     Telephone: (213) 894-0805
    Facsimile: (213) 894-7819
9 |     Email: Russell.Chittenden@usdoj.gov; Tim.Laske@usdoj.gov

10 | Attorneys for Defendant
John E. Potter, Postmaster General

11

12

13 | UNITED STATES DISTRICT COURT

14 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 | WESTERN DIVISION

16

WILLIAM L. SCOTT,        ) No. CV 09-04273 RGK (FMOx)

17 |     Plaintiff,            ) ~~[PROPOSED]~~ JUDGMENT

18 |          v.           ) [Local Rule 56-1]

19 | JOHN E. POTTER, Postmaster  ) DATE: June 28, 2010
General,

20 |                  ) TIME: 9:00 a.m.

21 |     Defendant.        ) PLACE: Courtroom of the Honorable
                 ) R. Gary Klausner

22 |                  )

23 | _____)

24

25

26

27

28

1   The Motion For Summary Judgment of defendant John E. Potter, Postmaster

2   General ("Defendant") came on regularly for hearing on June 28, 2010, before the

3   Honorable  R. Gary Klausner, United States District Judge, and the Court having

4   considered the pleadings, memorandum of points and authorities, evidence and the

5   oral argument at the hearing;

6   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

7   Defendant's Motion For Summary Judgment is granted and this action is hereby

8   dismissed.

    JUL 1 3 2010

9   DATED: June __, 2010.

10

11   UNITED STATES DISTRICT JUDGE

12  PRESENTED BY:

13  ANDRÉ BIROTTE JR.

14  United States Attorney
    LEON W. WEIDMAN

15  Assistant United States Attorney
    Chief, Civil Division

16  TIM L. LASKE
    Assistant United States Attorney

17
    /s/ Russell W. Chittenden

18  RUSSELL W. CHITTENDEN
    Assistant United States Attorney

19
    Attorneys for Defendant, John E. Potter

20

21

22

23

24

25

26

27

28

2